**SO ORDERED.**

Dated: August 03, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16193

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gail Rae Lebrun<br>        Debtor.<br>_____<br>Everhome Mortgage Company<br>        Movant,<br>   vs.<br><br>Gail Rae Lebrun, Debtor, Eric M. Haley, Trustee.<br><br>        Respondents. | No. 2:10-bk-18825-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 11, 2003 and recorded in the office of the Maricopa County Recorder wherein Everhome Mortgage Company is the current beneficiary and Gail Rae Lebrun has an interest in, further described as:

> Lot Two Hundred Sixty-nine (269), RAMBLEWOOD NORTH AMENDED, Together with the undivided interest in and to the common elements appurtenant to each unit: All as set forth in Declaration of Horizontal Property Regime recorded June 7,1985, at Recorders No. 85-260956 and amended at Recorders No. 85-614301 and amended at Recorders No. 88-083362 and Declaration of Annexation recorded at Recorders No. 85-260957 and on Plat recorded in the office of the Maricopa County Recorder in Book 283 of Maps, page 35 and on Plat recorded in Book 319 of Maps, page 39.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.